# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF KENTUCKY
## OWNESBORO DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CHAPTER 11 |
| **HARTSHORNE HOLDINGS LLC** ) | |
| **FACILITY INC.**[1] ) | CASE NO. 20-40133 thf |
| ) | JOINTLY ADMINSTERED |
| **DEBTORS** ) | |

## APPOINTMENT AND NOTICE OF APPOINTMENT OF
## UNSECURED CREDITORS' COMMITTEE

The United States Trustee (UST), Paul A. Randolph, by counsel, Timothy E. Ruppel, pursuant to *28 U.S.C. § 586(a)* and *11 U.S.C. § 1102*, hereby files this Appointment and Notice of Appointment of Unsecured Creditors' Committee:

UNITED CENTRAL INDUSTRIAL
SUPPLY CO LLC
1241 VOLUNTEER PKWY
SUITE 1000
BRISTOL TN 37620
(423) 573-7301
Henry.looney@unitedcentral.net

CARROLL ENGINEERING CO
227 INDUSTRIAL PARK ROAD
PO BOX 860
HARLAN KY 40831
(606) 573-1000
agw@carrolenginerringco.com

TREY K MINING AND ELECTRIC
PO BOX 235
KIMPER KY 41539
kthackeree@gmail.com

THE OFFICE OF THE UNITED STATES TRUSTEE RESERVES THE RIGHT TO ALTER THE SIZE, STRUCTURE OR THE NATURE OF THIS COMMITTEE, IN ANY WAY INCLUDING BUT NOT LIMITED TO ADDING NEW MEMBERS AT ANY TIME TO EITHER DISBAND OR TO INSURE A FAIR AND ADEQUATE REPRESENTATION OF THE CREDITORS OR INTERESTS SERVED BY THE COMMITTEE, AS THE

---

[1] Lead Case is Hartshorne **Holdings LLC Bankruptcy Case No.: 20-40133 Tax ID No. 48** Western District of Kentucky Owensboro Division
Pursuant to Court Order, Jointly Procedurally Administered with **Hartshorne Mining Group, LLC 20-40134, Tax ID No. \*\*\*\*\*\*\*\*\*0063 Hartshorne Mining, LLC 20-40135 Tax ID No. \*\*\*\*\*\*1941** and **Hartshorne Land, LLC 20-40136 Tax ID No. \*\*\*\*\*\*\*5582**

CIRCUMSTANCES OF THE CASE MAY REQUIRE AND IN THE UNTED STATES TRUSTEES DISCRETION.

        Respectfully submitted,

        Paul A. Randolph
        UNITED STATES TRUSTEE

        By:  */s/ Timothy E. Ruppel*
        Trial Attorney
        Office of the U.S. Trustee
        601 West Broadway, Suite 512
        Louisville KY 40202
        (502) 582-6000 ext. 230
        Tim.Ruppel@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Appointment Document has been served, though the use of the CMECF Courts Electronic Mail System, on March 10, 2020 on the following:

- Kyle F. Arendsen     kyle.arendsen@squirepb.com
- •John P. Brice     jbrice@wyattfirm.com, lexbankruptcy@wyattfirm.com
- •Lea Pauley Goff     lea.goff@skofirm.com, emily.keith@skofirm.com
- •Nava Hazan     nava.hazan@squirepb.com
- •Norman N. Kinel     norman.kinel@squirepb.com, dina.hatzimichael@squirepb.com
- •Edward M King     tking@fbtlaw.com, lsugg@fbtlaw.com;tking@ecf.inforuptcy.com
- •Jonathan S. King     js_king@att.net
- •Stephen D. Lerner     stephen.lerner@squirepb.com, sarah.conley@squirepb.com;kim.mchoes@squirepb.com
- •Timothy Joseph Mayer     timothy.mayer@ky.gov
- •Maura P. McIntyre     maura.mcintyre@squirepb.com
- •Travis A. McRoberts     travis.mcroberts@squirepb.com
- •Charles R. Merrill     ustpregion08.lo.ecf@usdoj.gov
- •Andrew C. Ozete     aozete@fsolegal.com, dlrobinson@fsolegal.com
- •Emily Pagorski     emily.pagorski@skofirm.com, emily.keith@skofirm.com
- •Tim Ruppel     ustpregion08.lo.ecf@usdoj.gov, tim.ruppel@usdoj.gov;timmy.ruppel@gmail.com
- •Laura A. Scott     lscott@fsolegal.com, krayburn@fsolegal.com;dlrobinson@fsolegal.com;eshelton@fsolegal.com
- •Lena K. Seward     Lena.seward@ky.gov, Lena.seward@ky.gov
- •Bryan J. Sisto     bsisto@fbtlaw.com, bsisto@ecf.inforuptcy.com

And upon the following through the use of the First Class United States Mail upon the following, also on March 10, 2020:

Stretto
410 Exchange
Suite 100
Irvine, CA 92602

- o

By:
/s/ Timothy E. Ruppel